[No. 890-2.     Division Two.     October 17, 1973.]

PAUL W. POST, *Appellant,* v. GWENDOLYN POST, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 44913, Frank E. Baker, J., entered September 11, 1972. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 1657-1.     Division Three.     October 15, 1973.]

MADELINE DEQ HOOVER, *Appellant,* v. LARRY C. HOOVER, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 106684, Daniel T. Kershner, J., entered April 14, 1972. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 1688-1.     Division One.     October 23, 1973.]

THE CITY OF SEATTLE, *Appellant,* v. MAC AMUSEMENT COMPANY, *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 735492, Charles R. Denney, J., entered April 28, 1972. *Dismissed* by unpublished opinion per Walterskirchen, J. Pro Tem., concurred in by Horowitz and James, JJ.

[No. 1711-1.     Division One.     October 23, 1973.]

THE SEATTLE BRONZE CORPORATION, *Appellant,* v. BRAZIER CONSTRUCTION COMPANY, INC., *Defendant,* UNITED PACIFIC INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 731814, Robert M. Elston, J., entered May 18, 1972. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by James and Williams, JJ.